**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| COREY RASCHEN, an Individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:15-CV-00002-GKF-PJC ) ) |
| STATE AUTO INSURANCE COMPANIES, a foreign corporation, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Parties' Joint Motion to Extend Time for Period to File Dismissal Papers [Dkt. #37] and for good cause shown, the Motion [Dkt. #37] is **GRANTED**.

It is ordered that Dismissal Papers must be filed by October 27, 2015.

**IT IS SO ORDERED** this 13th of October, 2015.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1