**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| COREY RASCHEN, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  15-CV-00002-GFK-PJC |
| | ) | |
| STATE AUTO INSURANCE CO., | ) | |
| a Foreign Business Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**JOINT STIPULATION OF DISMISSAL**</u>

Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1), jointly stipulate to the dismissal of all of Plaintiff's remaining claims against Defendant, with prejudice to their re-filing.

Respectfully submitted,

/s/Donald E. Smolen, II
Donald E. Smolen, II, OBA #19944
Laura L. Hamilton, OBA #22619
**Smolen, Smolen & Roytman, PLLC**
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
P: (918) 585-2667
donaldsmolen@ssrok.com
lauralauth@ssrok.com
**ATTORNEYS FOR PLAINTIFF**

/s/Lawrence R. Murphy*
Lawrence R. Murphy
Mariann M. Robison
**Richards & Connor**
ParkCentre Building
525 S. Main Street, Twelfth Floor
Tulsa, OK 74103
P: (918) 585-2394
lmurphy@richardsconnor.com
mrobison@richardsconnor.com
**ATTORNEYS FOR DEFENDANT,**
**STATE AUTO.**
*Signed by filing attorney with permission.*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on the 3rd day of November 2015, the foregoing document was electronically submitted to the Clerk of Court for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

/s/Donald E. Smolen, II